IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANTHONY RAY DAVIS,   *

    Petitioner,   *

vs.   *
    CASE NO. 4:09-CV-127 (CDL)
ELIJAH McCOY, Warden, and   *
BRIAN OWENS, Commissioner
Ga.
    Respondent.   *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 28, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 10th day of May, 2010.

                    S/Clay D. Land
                    CLAY D. LAND
              UNITED STATES DISTRICT JUDGE